# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER RONDEAU; BRADY TURNER; CORY GRAY; HARRINGTON WESTBROOK; DELOREN WILSON; JAMES LEWIS; RONNIE WILLIAMS; JAMES LOHNES; ROBERT PRICE; FREDERICK CRAFT; JAMES DURHAM; ROBERT STONE; JAMARIUS TURNAGE; GARY WATERS; BRANDON LANGE; JEROME MCKINNEY; QUENTIN TAYLOR; LARRY WARREN; BRANDON PAYTON; CHRISTOPHER THOMAS; ANDRE WELLS; MARLIN WHICHARD; ANTONIO ARELLANO; JAMES HIGGASON; VERSAL STRUNK; WILLIE BAILEY; BRUCE SCHAADT; ROBERT HOLT; NATHAN ADAMS; CHARLES BENSON; ANGEL GONZALEZ-TORRES; JONATHAN HARTMAN; MICHAEL RAY; PHILLIP LEE; HAROLD WARREN; AKRAM ABD; MIGUEL CASTILLO; MARK THOMAS DAWSON; DE'AUNTAYE WHITE; TERRANCE HOOD; QUANDREL WELLS; ROBERT CLINGERMAN; RONALD STEWART; LARRY HOLDEN; TROY NEAL; URIAN RASMUSSEN; GILBERTO REYNA; JOSEPH UTTER; EUGENE WELLS; MICHAEL WOODS; KENNETH ALEXANDER; CHARLES BONEY; CHRIS GORDON; JOSHUA MCQUAID; COREY GARRETT; REGINALD GREENWELL; DONALD BURNETT; MARVIN HILL; EDWIN CALLIGAN; TERRANCE MILLER; WILLIAM TUDOR; ROBERT LEE DOWELL; BARRY SAUER; ROBERTO SERRANO; FERNANDO TORRES CABRERA; DANTEZ PITTS; MICHAEL STAFFORD; JOSE CRUZ; KEVIN WEBSTER; JASON SUNDAY; MARCUS DUCHATELLIER; AARON SMITH; CHRISTOPHER BOTELER; GARY ROSE; DEMARKUS ADAMS; ACTORA BANKHEAD; LOREN GARY; JASON SCHWARTZ; MICHAEL DAVIS; MARCUS ZANDERS; ZECHARIAH JAMES; BLAKE MOREHEAD; THOMAS KEEKER; SCOTT AFANADOR; ANTHONY WILLIAMS; JUAN | Master Docket No.: 1:21-cv-03120-JPH-KMB<br><br>Case No: _____ |

1

| | |
|---|---|
| ROBINSON; WILLIE LOCUST; WILLIE DUMES; CURTIS WOODARD; WILLIAM SEALS; SAMUEL TURNER; DONALD BAILEY, JR.; MICHAEL SHANNON; MICHAEL TAYLOR; TERRY STEELE; WILLIAM KARIMU; WALTER TRAVIS, CODY MAPLE; KEVIN MARTIN, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DENNIS REAGLE; MAGGIE BRYANT; CENTURION HEALTH OF INDIANA, LLC; DANIELLE STASIAK; KEVIN ORME; WILLIAM CALLAHAN; BOBBY LATOUR; JEFFERY MEECE; CHRIS ERTEL; VINCENT STANLEY; ANDY BAGIENSKI; AQUA INDIANA, INC.; and TOWN OF INGALLS, INDIANA, | ) ) ) ) ) ) ) ) ) |
| Defendants. | |
| APPLIES TO: ALL RELATED CASES | ) ) ) |

## SHORT FORM COMPLAINT

Plaintiffs, CHRISTOPHER RONDEAU; BRADY TURNER; CORY GRAY; HARRINGTON WESTBROOK; DELOREN WILSON; JAMES LEWIS; RONNIE WILLIAMS; JAMES LOHNES; ROBERT PRICE; FREDERICK CRAFT; JAMES DURHAM; ROBERT STONE; JAMARIUS TURNAGE; GARY WATERS; BRANDON LANGE; JEROME MCKINNEY; QUENTIN TAYLOR; LARRY WARREN; BRANDON PAYTON; CHRISTOPHER THOMAS; ANDRE WELLS; MARLIN WHICHARD; ANTONIO ARELLANO; JAMES HIGGASON; VERSAL STRUNK; WILLIE BAILEY; BRUCE SCHAADT; ROBERT HOLT; NATHAN ADAMS; CHARLES BENSON; ANGEL GONZALEZ-TORRES; JONATHAN HARTMAN; MICHAEL RAY; PHILLIP LEE; HAROLD

2

WARREN; AKRAM ABD; MIGUEL CASTILLO; MARK THOMAS DAWSON; DE'AUNTAYE WHITE; TERRANCE HOOD; QUANDREL WELLS; ROBERT CLINGERMAN; RONALD STEWART; LARRY HOLDEN; TROY NEAL; URIAN RASMUSSEN; GILBERTO REYNA; JOSEPH UTTER; EUGENE WELLS; MICHAEL WOODS; KENNETH ALEXANDER; CHARLES BONEY; CHRIS GORDON; JOSHUA MCQUAID; COREY GARRETT; REGINALD GREENWELL; DONALD BURNETT; MARVIN HILL; EDWIN CALLIGAN; TERRANCE MILLER; WILLIAM TUDOR; ROBERT LEE DOWELL; BARRY SAUER; ROBERTO SERRANO; FERNANDO TORRES CABRERA; DANTEZ PITTS; MICHAEL STAFFORD; JOSE CRUZ; KEVIN WEBSTER; JASON SUNDAY; MARCUS DUCHATELLIER; AARON SMITH; CHRISTOPHER BOTELER; GARY ROSE; DEMARKUS ADAMS; ACTORA BANKHEAD; LOREN GARY; JASON SCHWARTZ; MICHAEL DAVIS; MARCUS ZANDERS; ZECHARIAH JAMES; BLAKE MOREHEAD; THOMAS KEEKER; SCOTT AFANADOR; ANTHONY WILLIAMS; JUAN ROBINSON; WILLIE LOCUST; WILLIE DUMES; CURTIS WOODARD; WILLIAM SEALS; SAMUEL TURNER; DONALD BAILEY, JR.; MICHAEL SHANNON; MICHAEL TAYLOR, TERRY STEELE, WILLIAM KARIMU, WALTER TRAVIS, CODY MAPLE, KEVIN MARTIN, file this Short Form Complaint pursuant to The Amended Case Management Order, [ECF 118], entered in the Master Docket, Case No. 1:23-cv-00523-JPH-KMB, and is/are to be bound by the rights, protections, and privileges and obligations of that Order. Plaintiff(s) hereby incorporate(s) the Master Amended Complaint, [ECF 106] filed in the Master Docket No. 1:21-cv-03120-JPH-KMB by reference. Plaintiff further shows the Court as follows:

1. The names of the persons injured after exposure to and caused by the presence of legionella bacteria and/or any other bacteria that poses a risk to human health, including legionella pneumophila and helicobacter pylori at Pendleton Correctional Facility in Pendleton, Indiana:

3

CHRISTOPHER RONDEAU; BRADY TURNER; CORY GRAY; HARRINGTON WESTBROOK; DELOREN WILSON; JAMES LEWIS; RONNIE WILLIAMS; JAMES LOHNES; ROBERT PRICE; FREDERICK CRAFT; JAMES DURHAM; ROBERT STONE; JAMARIUS TURNAGE; GARY WATERS; BRANDON LANGE; JEROME MCKINNEY; QUENTIN TAYLOR; LARRY WARREN; BRANDON PAYTON; CHRISTOPHER THOMAS; ANDRE WELLS; MARLIN WHICHARD; ANTONIO ARELLANO; JAMES HIGGASON; VERSAL STRUNK; WILLIE BAILEY; BRUCE SCHAADT; ROBERT HOLT; NATHAN ADAMS; CHARLES BENSON; ANGEL GONZALEZ-TORRES; JONATHAN HARTMAN; MICHAEL RAY; PHILLIP LEE; HAROLD WARREN; AKRAM ABD; MIGUEL CASTILLO; MARK THOMAS DAWSON; DE'AUNTAYE WHITE; TERRANCE HOOD; QUANDREL WELLS; ROBERT CLINGERMAN; RONALD STEWART; LARRY HOLDEN; TROY NEAL; URIAN RASMUSSEN; GILBERTO REYNA; JOSEPH UTTER; EUGENE WELLS; MICHAEL WOODS; KENNETH ALEXANDER; CHARLES BONEY; CHRIS GORDON; JOSHUA MCQUAID; COREY GARRETT; REGINALD GREENWELL; DONALD BURNETT; MARVIN HILL; EDWIN CALLIGAN; TERRANCE MILLER; WILLIAM TUDOR; ROBERT LEE DOWELL; BARRY SAUER; ROBERTO SERRANO; FERNANDO TORRES CABRERA; DANTEZ PITTS; MICHAEL STAFFORD; JOSE CRUZ; KEVIN WEBSTER; JASON SUNDAY; MARCUS DUCHATELLIER; AARON SMITH; CHRISTOPHER BOTELER; GARY ROSE; DEMARKUS ADAMS; ACTORA BANKHEAD; LOREN GARY; JASON SCHWARTZ; MICHAEL DAVIS; MARCUS ZANDERS; ZECHARIAH JAMES; BLAKE MOREHEAD; THOMAS KEEKER; SCOTT AFANADOR; ANTHONY WILLIAMS; JUAN ROBINSON; WILLIE LOCUST; WILLIE DUMES; CURTIS WOODARD; WILLIAM SEALS; SAMUEL TURNER; DONALD BAILEY, JR.; MICHAEL SHANNON; MICHAEL TAYLOR; TERRY STEELE, WILLIAM KARIMU, WALTER TRAVIS, CODY MAPLE, KEVIN MARTIN

2. Other Plaintiff(s) and Capacity (i.e., administrator, executor, guardian, conservator):

   N/A

3. At the time of the filing of the specific case, Plaintiff(s) is/are incarcerated at:

   Pendleton Correctional Facility

4. Defendants (Check Defendants against whom Complaint is made):

   ■ Dennis Reagle
   ■ Maggie Bryant
   ■ Centurion Health of Indiana, LLC
   ■ Danielle Stasiak

4

- ■ Kevin Orme
- ■ William Callahan
- ■ Bobby Latour
- ■ Jeffrey Meece
- ■ Chris Ertel
- ■ Vincent Stanley
- ■ Andy Bagienski
- ■ Aqua Indiana, INC.
- ■ Town of Ingalls, Indiana.

5. Plaintiff(s) adopt(s) the following counts from the Master Complaint:

- ■ Count I – Violation of the Eighth Amendment of the United States Constitution, Conditions of Confinement (State Defendants, Town of Ingalls, and Aqua Indiana)

- ■ Count II – Violation of the Eighth Amendment of the United States Constitution, Deliberate Indifference to a Serious Medical Need (Centurion and Stasiak)

- ■ Count III – Negligence in Violation of Indiana Law (Town of Ingalls and Aqua)

- ■ Count IV – Negligence in Violation of Indiana Law (Centurion and Stasiak)

6. Jury Demand:

- ■ Jury Trial is Demanded as to All Counts

- ☐ A Jury Trial is <u>not</u> Demanded as to the Count(s), identified below:

_____

WHEREFORE, Plaintiffs, CHRISTOPHER RONDEAU; BRADY TURNER; CORY GRAY; HARRINGTON WESTBROOK; DELOREN WILSON; JAMES LEWIS; RONNIE WILLIAMS; JAMES LOHNES; ROBERT PRICE; FREDERICK CRAFT; JAMES DURHAM; ROBERT STONE; JAMARIUS TURNAGE; GARY WATERS; BRANDON LANGE; JEROME MCKINNEY; QUENTIN TAYLOR; LARRY WARREN; BRANDON PAYTON; CHRISTOPHER THOMAS; ANDRE WELLS; MARLIN WHICHARD; ANTONIO

ARELLANO; JAMES HIGGASON; VERSAL STRUNK; WILLIE BAILEY; BRUCE SCHAADT; ROBERT HOLT; NATHAN ADAMS; CHARLES BENSON; ANGEL GONZALEZ-TORRES; JONATHAN HARTMAN; MICHAEL RAY; PHILLIP LEE; HAROLD WARREN; AKRAM ABD; MIGUEL CASTILLO; MARK THOMAS DAWSON; DE'AUNTAYE WHITE; TERRANCE HOOD; QUANDREL WELLS; ROBERT CLINGERMAN; RONALD STEWART; LARRY HOLDEN; TROY NEAL; URIAN RASMUSSEN; GILBERTO REYNA; JOSEPH UTTER; EUGENE WELLS; MICHAEL WOODS; KENNETH ALEXANDER; CHARLES BONEY; CHRIS GORDON; JOSHUA MCQUAID; COREY GARRETT; REGINALD GREENWELL; DONALD BURNETT; MARVIN HILL; EDWIN CALLIGAN; TERRANCE MILLER; WILLIAM TUDOR; ROBERT LEE DOWELL; BARRY SAUER; ROBERTO SERRANO; FERNANDO TORRES CABRERA; DANTEZ PITTS; MICHAEL STAFFORD; JOSE CRUZ; KEVIN WEBSTER; JASON SUNDAY; MARCUS DUCHATELLIER; AARON SMITH; CHRISTOPHER BOTELER; GARY ROSE; DEMARKUS ADAMS; ACTORA BANKHEAD; LOREN GARY; JASON SCHWARTZ; MICHAEL DAVIS; MARCUS ZANDERS; ZECHARIAH JAMES; BLAKE MOREHEAD; THOMAS KEEKER; SCOTT AFANADOR; ANTHONY WILLIAMS; JUAN ROBINSON; WILLIE LOCUST; WILLIE DUMES; CURTIS WOODARD; WILLIAM SEALS; SAMUEL TURNER; DONALD BAILEY, JR.; MICHAEL SHANNON; MICHAEL TAYLOR, TERRY STEELE, WILLIAM KARIMU, WALTER TRAVIS, CODY MAPLE, KEVIN MARTIN, pray for relief and judgment against Defendants for violation of the Eighth Amendment; entering judgment in their favor for any negligent acts performed by any Defendant; entering judgment against Defendants, jointly and/or severally, for declaratory and injunctive relief; awarding Plaintiffs all damages allowed by law, including punitive damages; awarding

6

Plaintiffs their attorneys' fees and costs for this action and interest as allowable by law; and awarding any other relief deemed just and proper.

Date: September 25, 2023.

                    Respectfully submitted,

                    */s/ Gregory L. Laker*
                    Gregory L. Laker, Atty. No. 10322-49
                    Conner R. Dickerson, Atty. No. 36374-49
                    COHEN & MALAD, LLP
                    One Indiana Square, Ste. 1400
                    Indianapolis, IN 46204
                    glaker@cohenandmalad.com
                    cdickerson@cohenandmalad.com
                    317-636-6481 (Telephone)
                    317-636-2593 (Facsimile)

                    Mark W. Sniderman, Atty. No. 26599-49
                    One Indiana Square, Ste. 1550
                    Indianapolis, IN 46204
                    mark@snidermanlaw.com
                    Tel: (317) 361-4700
                    Fax: (317) 231-1106

                    *Attorneys for Plaintiff(s)*