SCANNED at PENDLETON and Emailed on 4-26-24 by [initials] 28 pages.

FILED
04/26/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **LARRY WARREN,** <br> Plaintiff, | ) <br> ) |
| V. | ) Cause No. 1:23-cv-01749-JPH-KMB <br> ) |
| **REAGLE, et al;** <br> Defendants. | ) <br> ) |

## PLAINTIFF'S MOTION REQUESTING TEMPORARY INJUNCTION AND RESTRAINING ORDER AS WELL AS NOTICE TO COURTS OF RETALITORY ACTIONS BY IDOC AND PENDLETON CORRECTIONAL FACILITY STAFF

***Comes now***, the Plaintiff, Larry Warren, *pro se*, request this Court to grant Plaintiff's temporary injunction and to take notice of the retaliatory actions by IDOC and the Pendleton Correctional Facility staff. Plaintiff will state the following in support;

1. March 21, 2024, Plaintiff receives confiscation notice that a letter sent into the facility was suspected of being laced with drugs. See exhibit 1, copy of grievance that plaintiff filed in this matter and other related documents.

2. March 29, 2024, Plaintiff and thirty five other inmates from K-4 dorm was moved out of K-4 dorm due to the dangerous conditions such as the ceiling falling down due to double bunking of K-dorm and the age of the building. Plaintiff listed these conditions in cause No. 1:22-cv-00661-TWP-MJD and also see *Thompson v. Reagle* in which is a new filing and plaintiff does not have that cause number.

3. Plaintiff filed a grievance on the conditions of the new location that Plaintiff and the other 35 men were moved into. Plaintiff filed this grievance after all 3 levels were flooded by leaking

1

roof. See exhibit 2, the grievance addressing the buildings conditions this building was part of IRT and was built in the 90's.

4. April 12, 2024, Plaintiff was unexpectedly moved out of D-1, 212 building into a restrictive housing unit JCH on 2-11-F. This is a single 6x9 cell. Plaintiff never requested to be moved there. See exhibit 3, the grievance that he filed on this retaliatory move.

5. April 16, 2024, Disciplinary Sgt. Womack visits Plaintiff cell to tell him that the charges of trafficking from the March 21, 2024 letter was being dismissed because the material sent in from "MIM to Prisoners" came back negative. Plaintiff was never informed that he would be receiving a conduct report for the March 21, 2024 material sent in by this book company. Plaintiff if found guilty would have been sent to segregation with his good time lost and his legal documents and no visits from his loved ones. See exhibit 4, a copy of the conduct report.

6. April 17, 2024, Plaintiff was called to Internal Investigations office where Defendant Cochran in the case of **1:23-cv-01964-JRS-TAB** interrogated Plaintiff on the March 21, 2024 confiscated letter from MIM. See exhibit 5, copy of that grievance. I.I. Cochran showed Plaintiff the original letter and Cochran agreed that it was only smudged ink from being printed, folded and sent in the mail 2000 miles away.

7. In the case No. **1:23-cv-01964-JRS-TAB** which is being screened Plaintiff is suing PCF's Mailroom Chambers and Internal Investigators to include I.I. Cochran for retaliatory actions. Plaintiff in that case listed "MIM "in 21 paragraphs in that complaint due to the continued confiscation and censorship of MIM's material as well as other book companies such as Human Rights Defense Center and Midwest Books to Prisoners. Clearly the facility is retaliating against Plaintiff and MIM.

8. April 18, 2024, Plaintiff is notified by his Case Manager, Mrs. Niedleham (Needles) that Administration told Plaintiffs former Case Manager in K-dorm Ms. Tatman to file the reclass on Plaintiff to be moved to Michigan City. (ISP) Plaintiff refused to sign the reclass as he explained to Ms. Needles he never requested to move and that this was clearly a campaign of retaliation for filing grievances and lawsuits.

9. Plaintiff never requested this move as it would be a hardship on him and his family as his aging mother and father as well as a couple of his siblings and Aunt live in New Castle, Indiana which is 15 minutes from Pendleton. Plaintiff also has a brother confined at the Pendleton Correctional Facility.

10. Being forced to Michigan City would cause Plaintiff harm as he would never get to see his parents, siblings and friends ever again due to the incredible long distance from Pendleton and New Castle.

11. IDOC is moving plaintiff from one old facility to another older facility which is less than 50% occupied as ISP is closing very soon which means Plaintiff would have to relocate again within the next year or 2, probably to Westville if he is forced to move to ISP.

12. Pendleton Correctional Facility has done this retaliatory actions by moving prisoners out of the facility because of filing lawsuits to other inmates such a Robert Holleman and inmates Jewell and Rodgers. Because of this legionnaire's suit and others is the cause of this retaliatory action of those staff members of PCF.

13. Plaintiff met Deputy Warden on the walks on 4-25-2024, at 8:45 am and discussed the retaliation by his staff members. Fox claimed that he was not aware of them moving plaintiff out of the facility. Plaintiff requested due to the hardship that fox would stop such move. Fox said that he would check into this. That evening in the mail plaintiff receives his reclass papers from

3

Classification Mr. Ballinger stating I would be going to Michigan City. Plaintiff did file a grievance on the move to Michigan City. (ISP)

14. Plaintiff fears that all of his legal work in the above cases to include the following on going cases would be lost and destroyed for good and therefore he could not properly litigate all of these case.

      a. **WEXFORD OF INDIANA, LLC, et a; Cause No. 1:22-cv-00661-TWP-MJD**
      b. **RANDALL TAYLOR; et al.; Cause No: 1:22-cv-01187-RLY-TAB**
      c. **WEXFORD OF INDIANA, LLC., et al; Cause No. 1:21-cv-02981-MPB-CSW**
      d. **REAGLE, et al, Cause No. 1:23-cv-01749-JPH-KMB**
      e. **CHAMBERS, et al.; Cause No. 1:23-cv-01964-JRS-TAB**
      f. **REAGLE, et al; Cause No. 1:23-cv-02093-RLY-TAB**

15. Plaintiff has four (4) boxes of ongoing legal mail which is documents pertaining to all 6 cases listed above.

16. Plaintiff believes that a temporary restraining order or injunction is needed to stop this campaign of retaliation as IDOC is pulling out all the stops to silence the plaintiff and to cause him harm and actual danger as it will place all 6 cases in jeopardy and a chance to lose all of his legal documents where then he could not prove his claims of his constitutional violations.

17. There is no doubt that Plaintiff will suffer irreparable injuries without an injunction. He will suffer more than the prison officials will if he is moved and losses his legal work and not to mention no more family visits and friend visits.

18. If plaintiff has all of his legal work in the above cases he will likely succeed on the merits and will win these cases in the end versus not having 24/7 access to these important documents such as discovery and motions associated with these cases would be futile to plaintiff if he is forced to relocate to another prison such as ISP. You're only permitted to take one box of legal mail with you on moves. Plaintiff has at least 4 boxes.

19.   It is always in the public interest for government officials including prison personnel to obey the constitution and other laws so it would be in the public interest to grant said injunction.

20.   Again, if Plaintiff is forced to relocate to ISP he will receive immediate deprivations of his constitutional rights and will not be able to litigate the 6 case listed above if he doesn't have at least his 4 boxes of legal documents in these case and he could not even challenge his criminal case which has been addressed in Cause **No: 1:22-cv-01187-RLY-TAB** which adds to the number of boxes to 5 of his needed legal documents.

21.   The relief Plaintiff is seeking if forced to relocate to ISP will not impose any monetary loss on IDOC nor is it any security risk and the 5 plus boxes of his legal work would take up minimum space as it is currently taking up in his 6x9 cell.

22.   The legal standard for Injunctions can be found in *Reaves. V. Wexford of Indiana* U.S. Dist. S.D. I .I.D. 2012.

g.   Therefore, Plaintiff is placing all Courts in the above case numbers on notice as to what IDOC and Pendleton Correctional Facilities staff is doing to the plaintiff which no doubt will harm him and his ongoing civil and criminal cases and well as physical and emotionally if the campaign of retaliation continues and he is forced to move to ISP against his wishes.

> *I, the undersigned, do hereby swear or affirm under penalty for perjury that the above and foregoing statements are true and correct to the best of my personal knowledge and belief.*

***Wherefore,*** Plaintiff respectfully requests that the Court to grant his this restraining order and injunction as well as to take judicial notice of what IDOC is doing to him and to stop this movement to ISP due to the hardships it would create on his cases, family, friends and him. Also Plaintiff request that all legal work stays with him to include the 5 boxes of his legal work in the

above cases that he has outlined in the motion and for any and all just proper relief in these premises.

Dated this 26th day of April 2024:                    Respectfully Submitted,

*[signature]*

Larry Warren, 230853, *pro se*
Pendleton Correctional Facility
4490 W. Reformatory Rd.
Pendleton IN. 46064-9001

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th of April, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. Notice of this filing will be sent to all registered parties by operation of the Courts electronic filing system. Parties may access this filing through the courts system.   At this time plaintiff has no information who the opposing parties are.   Plaintiff request that the Pro-se administer Mary Ellen Henn forward this to the correct opposing parties.

*/s/ Larry Warren*

Larry Warren, 230853, *pro se*
Pendleton Correctional Felicity
4490 W. Reformatory Rd.
Pendleton In. 46064-9001