# Exhibit 1

# NOTICE OF CONFISCATED PROPERTY

State Form 36030 (R3 / 7-99)

**STATE OF INDIANA
DEPARTMENT OF CORRECTION**

Date (month, day, year)

| Name of offender | Number | Housing unit |
|---|---|---|
| | | |

On the above date, the property described below was confiscated.

Description of property:

Reason for confiscation:

| Signature of Confiscating Officer | Shift | Property forwarded to |
|---|---|---|
| Signature of Offender | DOC number | Property referred to |
| Signature of Property Room Officer (if applicable) | | Date received in property room |

The confiscation of personal property may be challenged in accordance with Department of Correction Policy 00-02-301, "The Offender Grievance Process."

Distribution:
Offender
Housing Unit
Property Room



## REQUEST FOR INTERVIEW

_____Chambers_____ OFFICE: __Mailroom__ DATE: _3-26-24_

ME: _Larry Warren_ DOC#: _230853_ DORM: _K4-2-4_ ASSIGNMENT:_____

son for Request: (be as definite as possible) _Was the mail deemed laced with drugs incoming or outgoing. If incoming from who. If outgoing then who was it addressed to?_

Please respond. Thanks

★★★DO NOT WRITE BELOW THIS LINE★★★

ion: _Need more information. Was this a ?verification? And if so where was the mail from. Thank You_

Form 36935 (R/4-91)        By: _L. McCann_

9

INDIANA DEPARTMENT OF CORRECTION
**REQUEST FOR INTERVIEW**

APR 01 2024
MAILROOM

TO: McCain   OFFICE: Mailroom   DATE: 3-28-24

NAME: Larry Warren   DOC#: 230853   DORM: ~~KYL~~ DL-212   ASSIGNMENT: ___

Reason for Request: (be as definite as possible) This was a Notice of confiscation of property. So I have to assume you have no Knowledge of this incident which was 3-21-24 I have no further Knowledge of anything. I have addressed this with Ms. TATman. I would also like where was the mail from. You can't even make out the confiscating Officers Name.

★★★ DO NOT WRITE BELOW THIS LINE ★★★

Action: This is the latest confiscation I could find on the log. Was there something else?

Form 36935 (R/4-91)   By: L. McCain



# NOTICE AND REPORT OF ACTION TAKEN ON CORRESPONDENCE
State Form 11984 (R4 / 3-21)
DEPARTMENT OF CORRECTION

NOTE: This action may be challenged in accordance with the Offender Grievance Process, Policy 00-02-301.

| Date correspondence received by staff (month, day, year) | Date of postmark on correspondence (month, day, year) |
|---|---|
| 3/11/2024 | SEE COPY OF ENVELOPE |

Name of sender: PRISON LEGAL NEWS

Address of sender (number and street, city, state, and ZIP code): PO BOX 1151   LAKE WORTH BEACH, FL  33460

Name of addressee: LARRY WARREN  230853

Address of addressee (number and street, city, state, and ZIP code): 4-2-4L

Type of correspondence:
☒ Letter   ☐ Package   ☐ Newspaper   ☐ Postcard   ☒ Magazine   ☐ Other (specify): _____

The correspondence was:
☐ Delayed   ☐ Censored   ☐ Copied   ☐ Withheld   ☒ Confiscated   ☐ Other (specify): _____

## STATEMENT OF GROUNDS TO SUPPORT THIS ACTION

(Please note the department or facility policy that is being violated. If item was received from a publisher, a copy of this form will be mailed to them. NOTE: if printed matter is being withheld, a statement must be made if the matter is objectionable in whole or in part.)

PROHIBITED PROPERTY    DENIED ON PRISON LEGAL NEWS  VOL 35 NO 2  FEBRUARY 2024—STG MATERIAL PG 12, 14, 18

SIGN AND RETURN THIS FORM TO THE MAIL ROOM WITHIN 60 DAYS. IF YOU DO NOT RESPOND WITHIN 60 DAYS IT WILL BE DESTROYED.

PLEASE CIRCLE CHOICE:  DESTROY    GATE RELEASE    MAIL MUST HAVE ADDRESSED STAMPED ENVELOPE

| Signature of staff requesting action on correspondence | Printed name | Date signed (month, day, year) |
|---|---|---|
| | CHAMBERS | 3/11/2024 |

## DECISION

Action is: (Check one)   ☐ Approved   ☐ Denied

| Signature of reviewing authority | Printed name | Date signed (month, day, year) |
|---|---|---|

Confidential Correspondence, date opened in the presence of the offender (month, day, year)

| Signature of offender | Printed name | DOC number |
|---|---|---|
| Signature of witness | Printed name | Date signed (month, day, year) |
| Signature of witness | Printed name | Date signed (month, day, year) |

Proposed disposition:

## PUBLISHER APPEAL RIGHTS

If you believe this item was censored inappropriately or would like the censored item to be reconsidered for admittance into the facility, you may appeal this decision to Central Office Legal Services. Please send a copy of the censored item and a request to appeal to 302 W. Washington Street, W341 Indianapolis, IN 46204. All appeal decisions must be received by Central Office within 30 days of the censorship decision date.

DISTRIBUTION: White - Offender; Canary - Facility Packet; Pink - Attach to correspondence; Publisher - Copy



**OFFENDER GRIEVANCE**
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

FOR OFFICIAL USE ONLY
Grievance number

| To: Facility Grievance Specialist | Facility: PCF-ISR | Date (month, day, year): April 3, 2024 |
|---|---|---|
| From (name of offender): Warren, Larry | DOC number: 230853 | Signature of offender: Larry Warren — under penalties for perjury |
| Housing assignment: D1-212-L | | Date of incident: March 21, 2024 |

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)

On March 21, 2024, I received a Notice of Confiscated Property Sheet State Form 36030 through the Facility Mail. The form stated "Suspected drug laced Paper sent via mail." "Unauthorized." You can not make out the Confiscated Officers signature as it is Chicken scrabble. Under Offenders signature it states "Unable to sign". I have since spoken to my Case Manager Ms. Tatman & Ms. Turner about this. They emailed someone but they never got back to me about this situation. I wrote the Mailroom & they have No knowledge about this confiscation. I wrote the Property room & they have failed to respond.

This appears to be retaliation and a Name Smear campaign against me due to my past grievances and litigation. My due process rights are violated as there is no information as to why the alledge mail is from, How was it sent, when was it sent and who the confiscating officer was. You people have tried to label me as STG and now your trying to label me as a druggie. Not going to happen folks! To Bodkin & McCorkle, You have the attached copy of the Confiscation form. Please do your job & investigate this. I want answers just like you do. I have No further info other than the Confiscation form so don't spin it. Just get answers.

State the relief that you are seeking.

1. I want to Know for litigation purposes who was the Confiscating Officer.
2. I want to know who sent the alledge letter.
3. I want to know how the Confiscating officer made his determination.
4. I want to know what kind of Drug training does the confiscating officer have.
5. I want to be drug screened and Shakendown to prove I am not affiliated with drugs or those that abuse drugs from the Staff bringing them in.
6. I want Bodkin & McCorkle to process this grievance instead what they normally do burying it so it doesn't advance.
7. For any and all just proper Relief.

Signature of Facility Grievance Specialist        Date (month, day, year)

## REQUEST FOR INTERVIEW

... DEPARTMENT OF CORRECTION

___ M(?)cocks ___ OFFICE: Grievance Dept ___ DATE: 4-17-24

NAME: Larry Warren ___ DOC#: 231577 ___ DORM: 2-1-7 ___ ASSIGNMENT: ___

Reason for Request: (be as definite as possible) Can you please tell me the status of the Grievance that I filed on 4-1-24 with Incident date of 3-21-24 about Property Receipt ___

Please respond

Thank you.

☆ ☆ ☆ DO NOT WRITE BELOW THIS LINE ☆ ☆ ☆

Form 36935 (R/4-91)     By: ___

13