Exhibit 2

**OFFENDER GRIEVANCE**
State Form 45471 (R5/3-20)
DEPARTMENT OF CORRECTION

FOR OFFICIAL USE ONLY
Grievance number: _____

To: Facility Grievance Specialist
Facility: PCF
Date: April 11, 2024

From (name of offender): Warren, Larry
DOC number: 230853
Signature of offender: Larry Warren

Housing assignment: D1-212-L
Date of incident: April 2, 2024

Provide a brief, clear statement of your complaint or concern:

On April 2, 2024, I was awoken by a lot of noise coming from the dayroom in D building on D-1 side sometime around 6:00 am - 6:30 am. When I looked outside the door I observed what looked like a lake of water. Both levels were submerged in water as it had and was raining outside and the buildings exhaust system was set on high levels which was sucking in all the rain water from the 2 sun roofs which obviously had some serious leak issues. I also observed Lt. McCutcheon just standing around for a few minutes not doing anything. Some of the inmates moved laundry carts and trash cans in order to catch some of the major leaks in both sunroofs but there was water coming in from multiple areas of the sunroofs. This situation could have been ugly had an inmate attempted to plug anything into the lower range pillars because he could have been electrocuted and died due to the electrical outlets being only inches from the wet soaked floors. Lt. McCutcheon then placed a bandaid over another when he ordered the exhaust blowers that were blasting and sucking in all the rain water to having them turned off to blasting the Air Conditioner on high running it 24/7 with outside temps going down into the 20's. This building has some serious issues that need to be looked at and fixed.

State the relief that you are seeking:

1. For the 2 leaking sunroofs in D1 bld. to be repaired.
2. For the electrical outlets on the lower level pillar to be repositioned higher so there is no chance of electrocutions should there be another flood.
3. For the water pipes in the lower level utility room to be capped off.
4. For the ceiling electrical boxes in the lower level utility room to be covered.
5. For the building to be sprayed for ants and roaches. (spiders)
6. For the A/C exhaust to be lowered so we are not being blasted by cold air.
7. For the shelves welded at the end of our beds to be removed or placed higher.
8. For 2 officers to work in D building in case of emergency situations.
9. For no retaliation for me writing this grievance.
10. For Grievance Dept. building to process this grievance instead of not responding.

Signature of Facility Grievance Specialist: _____    Date: _____

11. For camera footage to be preserved from D1 building, April 2, 2024, 4:00 am - 8:00 am.
12. For any & all just proper relief.

DISTRIBUTION: Original – Grievance Specialist; Copy – Offender; Copy – Offender Packet; Copy – IRIS

15

NAME: Larry Warred
April 11 2024

The utility Room lower level has pipes exposed that are not properly capped off. In the same room on the ceiling there are multiple electric boxes that are not covered. All of the cells only have a single window pain which used to be 2 and they are welded shut. When the exhaust fan is blasting it sucks in the cold air from the outside. Also ants are flooding the lower cells through the uncaulked single window pains. Thus creating a health hazard. Furthermore, Lt. McCutcheons has allowed one single staff member to work on multiple days alone which is another issue because several of the cell doors electronic locks are inoperative. They only way an inmate can get in or out is for the officer to physically unlock the inmates door. If there were a fire or any other emergency that inmate could not get out because an officer working alone like what has been happening can not leave the officers station. So, IDOC and Lt. McCutcheons has placed us in harms way again when they just moved the entire K-Y dorm because that dorm had major issues such as the ceiling falling down and mold issues just to name a couple of issues and moved us into another hazardous situation. That being D-2 Building. This dangerous situation is causing alot of stress not just on me but others that is in harms way. Additional stress and cruel and unusual punishment is all beds have a 1.5 x 1.5 shelf welded at the ends of the beds. You can not lay flat on the bed and only have about 8 inches to move your feet if you have a commissary mattress like I do. The shelf is at your feet level. You are forced to sleep in a cradle position because you can not stretch your legs straight due to the shelf blocking your feet.

I the undersigned hereby swear or affirm under penalty for perjury that the above and foregoing representations are true and correct to the best of my personal knowledge and belief.

Dated April 11, 2024

Larry Warren, #230853, pro-se
D1-212-L

16