Exhibit 3

17

**OFFENDER GRIEVANCE**
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

FOR OFFICIAL USE ONLY
Grievance number

To: Facility Grievance Specialist
Facility: PCF
Date (month, day, year): 4-15-24

From (name of offender): Warren, Larry
DOC number: 230853
Signature of offender: Larry Warren

Housing assignment: JCH-2-11-F
Date of incident (month, day, year): April 12, 2024

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance. (NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)

On 4-12-24, at approx. 12:45pm, I was told to pack-up and move from D1-212 to JCH and that I had 10 minutes to do so and needed to be at JCH before count time. I had not been in a cell house in over 4-5 years. This was strickly a retaliation move made by Lt. McCotchons because I had sent him a request stating that he had the AC on full blast causing me health issues and asked to lower the blower or move me into an inmates cell with Clingerman due to the fact the AC in his cell was not blowing out like my cell 212. Maintenance did come in with the inmate that used to be in K-4 and was responsible for K4s heat being regulated. They were met by 2 retarded inmates Underhill and Essiski who started yelling at them, do not touch the AC. These 2 inmates are also responsible for keeping the heat off inky and wall mounted fans going 24/7 & in the winter. Administration has allowed a handful of these retards to make decisions for the other 30+ men in K-4 like regulate the heat & now pressure Maintenance & McCotchons to continue to blast the AC. I have current litigation going on

State the relief that you are seeking.

1. To be sent back to D1 Building where I was properly placed until K-4 is completed and that is where Mr. Reagle told me in a 2020 grievance, I was properly placed.
2. Or after the renovation is complete I want to be moved back to K4 and my old bed area K4-2-4L.
3. I do not want any further retaliation from any officers or staff now that I was forced into JCH.
4. I want to know why & who authorized this movement.
5. For any & all just relief.

Signature of Facility Grievance Specialist
Date (month, day, year)

NAME: Larry Warren

20 24

ith Lt. McCotchens and with only being forced out of K-9 to D1 recently and where McCotchens is the person in charge left him to retaliate and oust me out of D1 when he had an opportunity. I could have easily been sent back to K dorm and properly placed. However, I was thrown inside a 6x9 cell where it's loud and I have no movement such as I had in a dorm. I should be able to move back to KY with the renovation after its completed because I lived through hell the 4 years I was there catching multiple illnesses and diseases such as legionnaires, Covid-19, TB & Lymes disease to name a few. I deserve to go back to a fresh renovated dorm but now that will not happen due to a person that had a point to make, because I sued him and to a man I caught lying in his interrogatories. Administration and Classification allowed Lt. McCotchens to retaliate and they were all familiar with my lawsuit against McCotchens and others to where they turned a blind eye and allowed/condoned McCotchens behavior in moving me into a cell house. There is no doubt that further retaliation actions will continue. This situation has really stressed me out and am putting in mental health requests.

I the undersigned, hereby swear or affirm under penalty for perjury that the above and foregoing representations are true and correct to the best of my personal knowledge and belief.

Dated 15th day of April, 2024

Larry Warren
Larry Warren #230857
2-11-F

19