Exhibit 4



State Form 39590(R5 / 2-19)
INDIANA DEPARTMENT OF CORRECTION

| Case Number | ISR-24-03-000742 |
|---|---|
| Date Assigned | 03/21/2024 |

| Name of Offender | DOC# of Offender | Facility | Housing Unit |
|---|---|---|---|
| WARREN, LARRY | 230853 | Pendleton Correctional Facility | ISR JH-2F, 11L |

| Date of Incident | Time of incident | Place of incident | Date report Written |
|---|---|---|---|
| 03/21/2024 | 11:10 | ISR KD-K1; Other | 03/21/2024 |

| Offense | Indiana Code |
|---|---|
| 111-Conspiracy/Attempting/Aiding Or Abetting; 113-Trafficking | |

**Description of Incident (if more space is needed, upload additional items)**

Description of Incident: Identify the conduct violation that was committed. Describe the conduct violation in detail. be sure to identify everyone involved in the conduct violation and all witnesses to the conduct violation. Explain in detail what you observed and how the offender's conduct amounts to a violation of the Adult Disciplinary Code. Note any unusual behavior by the offender, if applicable. If the conduct report is for a violation of B202, B231, or C305, describe the characteristics of the substance that led you to believe the substance was a controlled substance or tobacco, or describe the characteristics/behaviors that led you to believe the offender was under the influence of intoxicants.

On 03/21/2024, I Investigator Kiersznowski was reviewing mail in the Pendleton Mail Room that is to be sent into the facility. At approximately 11:10am while reviewing the mail Incarcerated Individual (II) Warren Larry 230853 I found paper suspected of being drug laced. Based on my training, knowledge, and experience as an Investigator, the previously mentioned actions meet the criteria for violation A111/113.

**Disposition of physical evidence, if any**
Photos

| Witness First Name | Last Name |
|---|---|
| | |

**Any immediate action taken, including use for force**

| Signatures | Reporting Employee | Immediate Supervisor |
|---|---|---|
| Name | Kiersznowski, M | Wyatt, S. |
| Title | Investigator | Inv |
| Signature | | |

2

| | | | |
|---|---|---|---|
| | State Form 39590(R5 / 2-19) INDIANA DEPARTMENT OF CORRECTION | Case Number | ISR-24-03-000742 |
| | | Date Assigned | 03/21/2024 |

| natures | Signature of Offender receiving copy | Signature Witness if Offender refuses to sign | Copy of report delivered to Offender by (Screening Officer) |
|---|---|---|---|
| ne | Larry Warren | | J. Womack |
| nature | Lar War | | |

e Report Delivered  4/16/24

22