Exhibit 5

21

Exhibit 5



**OFFENDER GRIEVANCE** Part 1 of 11
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

| FOR OFFICIAL USE ONLY |
|---|
| Grievance number |

| To: Facility Grievance Specialist | Facility: PCF- ISR | Date (month, day, year): April 17, 2024 |
|---|---|---|
| From (name of offender): WARREN, Larry | DOC number: 230853 | Signature of offender: Larry Warren |
| Housing assignment: JCH 2-11-F | | Date of incident (month, day, year): April 17, 2024 |

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)

On 4-17-2024, while I was doing my legal work in the Law Library around 7:30 am, Law Library Supervisor Little, told me that I needed to report to Internal Investigations Office. Once there, I was locked in the Shakedown room where afew minutes later I.I. Cochran and I.I. Kierszenowski entered the small shakedown where Cochran proceeded to interogate me by asking was I expecting any mail from MIM (a book company out of S.F. Cali). Cochran showed me the original seized 14 page letter after my request and he pointed to where they suspected drug laced area. It was top right corner where it was only ink bleeding through after you print something out and you fold the paper. Cochran and Kierszenowski agreed with me that this was in fact that. Kierszenowski and Cochran said that the paper was tested from an outside source because they do not have the equipment to test paper and the results came back negative. Cochran provided me with a copy of the MIM material. See Exhibit 1. I explained that this was clearly in retaliation due to the ongoing litigation that I had against Mailroom Chambers and I.I. Both men never denied that. Mr. Kierszenowski stated in his Report of Conduct on me that I received on April 16, 2024, around 2:30pm from DHB Sgt. J. Womack that, based on his training, knowledge, and experience as an investigator that the mail he received and reviewed in the Pendleton Mail Room on March 21, 2024 appeared to be

State the relief that you are seeking:
1. I want the original confiscated mail from MIM to be preserved and not destroyed for litigation purposes.
2. I want the camera footage to be preserved from today, I.I.'s shakedown room when I was interrogated for the hours of 7:00am - 9:00am on 4-17-24.
3. I want the camera footage preserved from 4-17-24 of the hours of 1:30 - 3:30 of DHB Sgt. Womack entering JCH and visiting my cell on 2-11-F.
4. I want a copy of the Drug Screening of the MIM letter/mail that I.I. Cochran and Kierszenowski said was sent out for testing.
5. I want the video footage of Mailroom where Kierszenowski reviewed this mail on March 21, 2024 for the hours of 9:00am til 1:00pm.
6. No retaliation from staff for me filing this grievance.

| Signature of Facility Grievance Specialist | Date (month, day, year) |
|---|---|
| | |

7. For the grievance dept- Order it & necessary to process this grievance instead of not responding.
8. For any and all just proper relief.
DISTRIBUTION: Original – Grievance Specialist; Copy – Offender; Copy – Offender Packet; Copy – IRIS
9. I want this Conduct Report expunged from my record as policy states you must do.

24

Pendleton, Indiana         State Form 8532         7298

NAME: Larry Warren

April 17 20 24

suspected of being drug laced. / *See Exhibit 3, copy of Certification Form.* If this is true then K. should have used common sense that this was only ink stain from the mail being folded and traveling 1000 miles from a reputable company that I.I. regularly censors and confiscates. (MIM) Instead, K. used resources and time on something that a 5 year old can explain. See Exhibit 2 copy of the Conduct Report that I received on 4-16-24. Besides this clearly being a retaliatory move on Chambers and I.I. the Conduct Report was written March 21, 2024 and not only did I never received a notice that I was being charged with this a "#11-Conspiracy/Attempting/Aiding or Abetting; #113-Trafficking til April 16, 2024, when Sgt. Lemark told me they were dismissing the charge which could have sent me to segregation for a year and my good time lost but DHB and I.I. was in Violation of Conduct Report Policy VIII. (2) "The disciplinary hearing officer is to meet with offender and conduct a screening hearing within two (7) days from the date of the incident or from the date that a staff person first became aware of the alleged violation or after the completion of an investigation by the Office of Investigations and Intelligence." Nobody has ever told me when the mail was tested or when I.I. received the results which clearly places DHB & I.I. in violation of the Conduct Report violation as the report was written on March 21, 2024 and would have been 27 days ago from today. Nobody has told me why I was forced to move to a lock up unit JCH where movement is limited on 4-12-24. All of this is very suspect and has stressed me out physically, and mentally. Furthermore, how is it possible to be charged for this (#113 and 111) when you have no control over who sends something in through the mail and on top of that, the mail (all mail) is copied and after 10 days the original is destroyed. Something is terribly wrong with this picture. Just for the record, I don't use drugs, I don't condone drugs and I do not associate with those that partake in abusing drugs that they get from staff and not through copied mail.

I, the under-signed, hereby swear or affirm under penalty for perjury that the above and foregoing representations are true and correct to the best of my personal knowledge and belief.

Dated this 17th day of April, 2024.

Larry Warren
Larry Warren #230852
2-11-F JCH

MIM(Prisons)
PO Box 40799
San Francisco, CA 94140

Larry Warren #230853
Pendleton CF K4-2-4L
4490 Reformatory Rd
Pendleton, IN 46064-9001

Updated May 2023

Welcome to the Introductory study group!
 Warren
Please put your answers to this assignment in the mail by _____
                                                                    (1 month after mailing)
Address your answers to:
MIM(Prisons) Intro sg 1
PO Box 40799
San Francisco, CA 94140

## Revolutionary Greetings!
This mailing contains the reading and study questions for assignment 1 of the intro study group. We are excited to have you participating in the program, and we look forward to growing with you and supporting your political development!

## Curriculum
Assignment 1: The Materialist Method
Assignments 2: Overview of MIM(Prisons), our history, and our work (from *Fundamental Political Line of MIM(Prisons)*)
Assignment 3: The Basics of Revolutionary Theory (from *FPL*)
Assignment 4: Three Strands of Oppression
Assignment 5: How We Organize
Assignments 6-end: *On Contradiction* by Mao Tse-Tung

## Intentions of the Introductory Study Group
It is MIM(Prisons)'s view that a big reason why revolutionary movements have failed is because of lack of political consciousness of the masses of people involved. We believe everyone has to be involved in creating the new society, and in protecting it from anyone who would want to crush it. With that in mind, the intention of this study group is:

1. To help participants distinguish the revolutionary internationalist perspective from the bourgeois capitalist perspective
2. To help participants develop their critical thinking skills
3. To help participants gain a deeper understanding of what distinguishes MIM(Prisons) from other revolutionary groups
4. To prepare participants for participation in the University of Maoist Thought
5. To empower participants in contributing to the long protracted struggle of building revolution, socialism, and communism

## Participant Guidelines
In order to fulfill the intentions of the introductory study group, we need all participants to follow some basic guidelines. By participating in this study group, you agree:

1. To send in neatly hand written or typewritten responses
2. To stay on topic in your answers
3. To send well-thought answers; no rush jobs
4. To send in answers using your own words; do not copy from the text
5. Pay or do work-trade to cover the study group materials (see below)
6. To answer every question to the best of your ability. You may not understand a question or the essay enough to provide an answer. That is ok! We can help you understand it. And if this happens, we want you to ask questions about what is confusing to you. Answering with "I don't know" does not help fulfill the intentions of the study group.