UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER RONDEAU, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:23-cv-01749-JPH-KMB |
| | ) |
| DENNIS REAGLE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF LARRY WARREN'S *PRO SE* MOTION FOR TEMPORARY RESTRAINING ORDER**

This civil action was filed by counsel on behalf of 99 Indiana Department of Correction inmate plaintiffs related to allegations that they were exposed to unsafe water at Pendleton Correctional Facility (Pendleton). Dkt. 1 (complaint); dkt. 14 (screening order). One of the plaintiffs, Larry Warren, has filed a *pro se* motion requesting a temporary restraining order. Dkt. 20 (filed Apr. 26, 2024).

In his motion, Mr. Warren states that he is being retaliated against by staff at Pendleton, and that he is going to be transferred to Michigan City in the near future. *Id.* He describes several incidents including receiving a confiscation notice that a letter was sent to him at Pendleton that the letter was suspected of being laced with drugs, but that after an investigation, charges of trafficking against him were dismissed. *Id.* at 1-2. Then, he discusses bed moves that exposed him to dangerous conditions at Pendleton. *Id.* And, finally, he reports that he has been notified that he will be reclassified and moved to a facility in Michigan City, but he never requested such move, and this transfer would

1

impose a hardship on him. *Id.* at 2-3. Mr. Warren is concerned that his legal work in his active cases before this Court will be lost or destroyed such that he cannot litigate them. *Id.* at 4. He "believes that a temporary restraining order or injunction is needed to stop this campaign of retaliation as IDOC is pulling out all the stops to silence the plaintiff and to cause him harm and actual danger as it will place all 6 cases in jeopardy and a chance to lose all of his legal documents where then he could not prove his claims of his constitutional violations." *Id.* at 4.

Mr. Warren's *pro se* motion for temporary restraining order, dkt. [20], must be **DENIED WITHOUT PREJUDICE**. Mr. Warren is represented by counsel in this multiple-plaintiff action related to contaminated water at Pendleton. Because he is represented, he cannot file *pro se* motions in this action. All motions or filings must be submitted on his behalf by his counsel.

Nothing in this order prevents Mr. Warren's counsel from renewing a request for injunctive relief, should counsel find it appropriate.

**SO ORDERED.**

Date: 4/30/2024

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Larry Warren
230853
Pendleton Correctional Facility
4490 W. Reformatory Rd.
Pendleton, IN 46064-9001

All Electronically Registered Counsel