UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER RONDEAU, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:23-cv-01749-JPH-KMB |
| | ) |
| DENNIS REAGLE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF LOREN GARY'S *PRO SE* MOTION FOR EMERGENCY INJUNCTION**

This civil action was filed by counsel on behalf of 99 Indiana Department of Correction inmate plaintiffs related to allegations that they were exposed to unsafe water at Pendleton Correctional Facility (Pendleton). Dkt. 1 (complaint); dkt. 14 (screening order). One of the plaintiffs, Loren Gary, has filed a *pro se* motion requesting an emergency injunction. Dkt. 27.

In his motion, Mr. Gary states that he is being retaliated against by staff at Pendleton, and that he has become suicidal due to the fear of retaliation and his longstanding, untreated mental illness. *Id.* He seeks transfer to a federal facility or a Michigan prison. *Id.* at 2.

Mr. Gary's *pro se* motion for temporary restraining order, dkt. [27], must be **DENIED WITHOUT PREJUDICE**. Mr. Gary is represented by counsel in this multiple-plaintiff action related to contaminated water at Pendleton. Because he is represented, he cannot file *pro se* motions in this action. All motions or filings must be submitted on his behalf by his counsel. *See Maus v. Baker*, 641 Fed.

1

App'x 596, 599–600 (7th Cir. 2016) ("[O]nce Maus was represented by counsel, he could not pursue motions pro se.").

Nothing in this order prevents Mr. Gary's counsel from renewing a request for injunctive relief, should counsel find it appropriate. The Court notes, however, that Mr. Gary's counsel in this case is not obligated to represent Mr. Gary in pursuing claims of retaliation or other constitutional violations that are unrelated to the claims proceeding in this action. If Mr. Gary wishes to bring new, unrelated claims, he may file a new civil rights complaint after exhausting available administrative remedies at Pendleton.

**SO ORDERED.**

Date: 9/16/2024

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Loren Gary
251375
Pendleton Correctional Facility
4490 W. Reformatory Rd.
Pendleton, IN 46064-9001

All Electronically Registered Counsel